B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   Tyler Tool Company, Inc.                                              Case No. _____
                                    Debtor(s)                                 Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Express<br>P.O. Box 53800<br>Phoenix, AR 85072-3800 | American Express<br>P.O. Box 53800<br>Phoenix, AR 85072-3800 | | | 138,512.60 |
| Bench Dog Tools Inc<br>4365 Willow Drive<br>Medina, MN 55340 | Bench Dog Tools Inc<br>4365 Willow Drive<br>Medina, MN 55340 | | | 12,736.99 |
| Black & Decker-US-Inc<br>P.O. Box 844674<br>Dallas, TX 75284-4674 | Black & Decker-US-Inc<br>P.O. Box 844674<br>Dallas, TX 75284-4674 | | | 220,714.86 |
| Buck Knives<br>P.O. Box 200989<br>Dallas, TX 75320-0989 | Buck Knives<br>P.O. Box 200989<br>Dallas, TX 75320-0989 | | | 11,201.69 |
| Chase Card Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Chase Card Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | | 41,242.99 |
| Darex, LLC<br>4466 Solutions Center<br>Chicago, IL 60677-4004 | Darex, LLC<br>4466 Solutions Center<br>Chicago, IL 60677-4004 | | | 17,048.70 |
| Emerson Power Transmission Corp.<br>P.O. Box 730315<br>Dallas, TX 75373-0315 | Emerson Power Transmission Corp.<br>P.O. Box 730315<br>Dallas, TX 75373-0315 | | | 16,015.07 |
| Fedex<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | Fedex<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | | | 27,783.61 |
| Fein Power Tools<br>1030 Alcon Street<br>Pittsburgh, PA 15220 | Fein Power Tools<br>1030 Alcon Street<br>Pittsburgh, PA 15220 | | | 47,662.44 |
| Freud America Inc<br>39817 Treasury Center<br>Chicago, IL 60694-9800 | Freud America Inc<br>39817 Treasury Center<br>Chicago, IL 60694-9800 | | | 9,248.04 |
| Hitachi KOKI USA, LTD<br>Drawer 100794<br>Atlanta, GA 30384 | Hitachi KOKI USA, LTD<br>Drawer 100794<br>Atlanta, GA 30384 | | | 450,616.17 |
| Leatherman Tool Group<br>P.O. Box 20595<br>Portland, OR 97294-0595 | Leatherman Tool Group<br>P.O. Box 20595<br>Portland, OR 97294-0595 | | | 195,568.79 |

B4 (Official Form 4) (12/07) - Cont.

In re   Tyler Tool Company, Inc.                                                                              Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Makita USA<br>P.O. Box 534597<br>Atlanta, GA 30353-4597 | Makita USA<br>P.O. Box 534597<br>Atlanta, GA 30353-4597 | | | 369,942.59 |
| Microsoft Finan. Corp<br>23896 Network Place<br>Chicago, IL 60673-1238 | Microsoft Finan. Corp<br>23896 Network Place<br>Chicago, IL 60673-1238 | | | 34,702.61 |
| Milwaukee Electric Tool<br>4844 Collection Center Drive<br>Chicago, IL 60693 | Milwaukee Electric Tool<br>4844 Collection Center Drive<br>Chicago, IL 60693 | | | 196,143.35 |
| Panasonic Corp of N.A.<br>P.O. Box 905341<br>Charlotte, NC 28290-5341 | Panasonic Corp of N.A.<br>P.O. Box 905341<br>Charlotte, NC 28290-5341 | | | 9,969.25 |
| Positec USA<br>9009 Perimeter Woods Drive<br>Suite 1<br>Charlotte, NC 28216 | Positec USA<br>9009 Perimeter Woods Drive Suite 1<br>Charlotte, NC 28216 | | | 132,126.05 |
| Robert Bosch Tool<br>P.O. Box 530193<br>Atlanta, GA 30353-0193 | Robert Bosch Tool<br>P.O. Box 530193<br>Atlanta, GA 30353-0193 | | | 88,115.82 |
| Trustmark<br>P.O. Box 114<br>Jackson, MS 39205-0114 | Trustmark<br>P.O. Box 114<br>Jackson, MS 39205-0114 | | | 57,478.22 |
| Tyler Harvey<br>278 Cypress Lake Drive<br>Gulf Shores, AL 36542 | Tyler Harvey<br>278 Cypress Lake Drive<br>Gulf Shores, AL 36542 | | | 845,733.82 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    5-6-11                      Signature    */s/ Calvin McEwen*

                                                                     **Calvin McEwen**
                                                                       **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.